Edward Midura, Plaintiff-Appellee, v. Paul Thienpont, Raymond J. Thienpont, and S. C. Villano, Defendants-Appellants.

Gen. No. 48,300.

First District, Second Division.

June 30, 1961.

Edward J. Paluch, of Chicago, for appellants; Tenney, Sherman, Bentley & Guthrie, of Chicago (John P. Forester, of counsel), for appellee. Opinion by MR. JUSTICE BRYANT. Not to be published in full.